IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE MORGAN, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 08-2133 |
| MICHAEL J. ASTRUE, Commissioner of : | |
| Social Security, : | |
| : | |
| Defendant. : | |

AND NOW, this *30th* day of *October*, 2009, upon consideration of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo (Docket No. 15), Plaintiff's Objections thereto (Docket No. 16), and Defendant's Response to the Objections (Docket No. 17), and upon careful consideration, under the "substantial evidence" standard of review, of both the entire record and the ALJ's opinion it is hereby **ORDERED** that:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED;**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review is **DENIED**; and

4. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff. This case is now closed.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, J.